IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 1871 07-md-1871 |
| THIS DOCUMENT APPLIES TO: *Elias Poksanf v. GSK* | : : : : | 11-cv-2139 |

## ORDER

**AND NOW,** this 4th day of November 2016, upon consideration of Defendant's Motion for Summary Judgment [11-2139, Doc. No. 9; MDL 1871, Doc. No. 4824], Plaintiff's response, and Defendant's reply, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED.** Plaintiff's claims are dismissed with prejudice.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**